# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## Civil Action No.: 05:06-CV-304-D

| | |
|---|---|
| CALVIN MILLS,<br>　　Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, INC.,<br>　　Defendant | STIPULATION OF DISMISSAL |

**NOW COME** Plaintiff Calvin Mills and Defendant Lowe's Home Centers, Inc. by and through their undersigned counsel, and do hereby stipulate to a voluntary dismissal of this action including all claims and counterclaims with prejudice pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties are to bear their own costs, attorneys' fees, and other expenses of litigation.

　　This the 20th day of September, 2007.

| | |
|---|---|
| /s/ E. S. Newton, III, Esq. | /s/ Lucretia D. Guia, Esq. |
| *Plaintiff's Counsel* | *Defendant's Counsel* |
| E.S. "Buck" Newton, III | Lucretia D. Guia (NC State Bar No. 17992) |
| Newton, Lee & Boyd | J. Mark Sampson (NC State Bar No. 26701) |
| P.O. Box 2047 | Womble Carlyle Sandridge & Rice, PLLC |
| Wilson, NC 27894 | 300 North Greene Street, Suite 1900 |
| Tele: (252) 291-3443 | Greensboro, NC 27401 |
| | Tele: (336) 574-8035 |

WCSR 3724158v1